UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Fadel M. Maida,** in individual and representative capacity as trustee; **Nojoud Maida,** in individual and representative capacity as trustee; **Spanglish Kitchen Inc.,** a California Corporation; and Does 1-10 <br> Defendants, | Case 2:17-CV-01049-RGK-GJS <br><br> ~~Proposed~~ **Amended Judgment Re: Default Judgment** |

Following the Court's ruling on September 20, 2017, the Court amends the JUDGMENT in favor of plaintiff Chris Langer and against defendants Fadel M. Maida, Nojoud Maida, and Spanglish Kitchen Inc., in the amount of $4000 in statutory damages and $1060 in attorneys' fees and costs –totaling $5060.00.

Dated: January 12, 2018   By:_____
                          Hon. R. GARY KLAUSNER
                          United States District Judge

1

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff